IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC  :

    v.  :  Civil Action No. DKC 12-1198

DOE 1  :

**SHOW CAUSE ORDER**

On May 1, 2012, the court issued an order severing all Doe Defendants from this action with the exception of Doe 1 and directing that all documents filed in this action that contain Doe 1's identifying information be filed under seal. (ECF No. 8).

Plaintiff filed its amended complaint under seal. (ECF No. 11). Doe 1, through counsel, answered Plaintiff's amended complaint under seal. (ECF No. 19).

The court must weigh the right of public access, which 'derives from two independent sources: the common law and the First Amendment,'" against competing interests. The public's right of access to those documents derives from the First Amendment. Counsel will be provided an opportunity to explain adequately why alternatives to sealing would not provide sufficient protections to these interests.

Accordingly, it is this 21st day of September, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. Counsel are directed to show cause by October 5, 2012, why Plaintiff's complaint and Doe 1's answer should remain sealed; and

2. The clerk will transmit a copy of this Show Cause Order to counsel of record.

/s/
DEBORAH K. CHASANOW
United States District Judge
