| No. | Date Filed | Case Title | Court | Case No. |
|---|---|---|---|---|
| 1 | 10/23/2012 | Malibu Media, LLC v. John Does | 09cae | 12-56939 |
| 2 | 10/10/2012 | Malibu Media, LLC v. Does 1-72 | flmdce | 8:2012-cv-02301 |
| 3 | 10/10/2012 | Malibu Media, LLC v. John Does 1-27 | flmdce | 3:2012-cv-01100 |
| 4 | 10/10/2012 | Malibu Media, LLC v. John Does 1-29 | flmdce | 2:2012-cv-00558 |
| 5 | 10/9/2012 | Malibu Media, LLC. v. Does 1-13 et al | nyedce | 2:2012-mc-00632 |
| 6 | 10/5/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-44 | njdce | 2:2012-cv-06281 |
| 7 | 10/5/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-37 | njdce | 2:2012-cv-06345 |
| 8 | 9/30/2012 | Malibu Media, LLC v. John Does 1-37 | codce | 1:2012-cv-02595 |
| 9 | 9/30/2012 | Malibu Media, LLC v. John Does 1-31 | codce | 1:2012-cv-02597 |
| 10 | 9/30/2012 | Malibu Media, LLC v. John Does 1-22 | codce | 1:2012-cv-02598 |
| 11 | 9/30/2012 | Malibu Media, LLC v. John Doe 1 | codce | 1:2012-cv-02599 |
| 12 | 9/25/2012 | Malibu Media, LLC v. Wieland | codce | 1:2012-cv-02549 |
| 13 | 9/24/2012 | MALIBU MEDIA LLC v. JOHN DOES | flndce | 1:2012-cv-00217 |
| 14 | 9/23/2012 | MALIBU MEDIA, LLC v. DOES 1-7 | dcdce | 1:2012-cv-01579 |
| 15 | 9/23/2012 | MALIBU MEDIA, LLC v. DOES 1-10 | dcdce | 1:2012-cv-01580 |
| 16 | 9/22/2012 | Malibu Media, LLC v. John Does 1-62 | ilndce | 1:2012-cv-07577 |
| 17 | 9/22/2012 | Malibu Media, LLC v. John Does 1-25 | ilndce | 1:2012-cv-07578 |
| 18 | 9/22/2012 | Malibu Media, LLC v. John Does 1-23 | ilndce | 1:2012-cv-07579 |
| 19 | 9/20/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-39 | paedce | 2:2012-cv-05384 |
| 20 | 9/19/2012 | Malibu Media, LLC v. Does | flmdce | 5:2012-cv-00522 |
| 21 | 9/14/2012 | Malibu Media LLC v. John Does 1-42 | miedce | 2:2012-cv-14105 |
| 22 | 9/13/2012 | MALIBU MEDIA, LLC.  v. JOHN DOES 1-57 | njdce | 3:2012-cv-05720 |
| 23 | 9/11/2012 | Malibu Media LLC v. Sylvester Creado | cacdce | 2:2012-cv-07759 |
| 24 | 9/11/2012 | Malibu Media LLC v. David Hicks | cacdce | 5:2012-cv-01550 |
| 25 | 9/9/2012 | Malibu Media, LLC v. John Does 1-22 | codce | 1:2012-cv-02392 |
| 26 | 9/9/2012 | Malibu Media, LLC v. John Does 1-16 | codce | 1:2012-cv-02393 |
| 27 | 9/9/2012 | Malibu Media, LLC v. John Does 1-12 | ilcdce | 1:2012-cv-01342 |
| 28 | 9/1/2012 | Malibu Media, LLC v. Bochnak | ilndce | 1:2012-cv-07030 |
| 29 | 9/1/2012 | Malibu Media, LLC v. Siembida | ilndce | 1:2012-cv-07031 |
| 30 | 9/1/2012 | Malibu Media LLC v. Vancamp | miedce | 2:2012-cv-13887 |
| 31 | 8/30/2012 | DOE v. MALIBU MEDIA, LLC. | njdce | 3:2012-mc-00133 |
| 32 | 8/28/2012 | DOE v. MALIBU MEDIA, LLC | njdce | 3:2012-mc-00135 |
| 33 | 8/28/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-25 | paedce | 5:2012-cv-04933 |
| 34 | 8/23/2012 | MALIBU MEDIA, LLC v. Does 1-12 | dcdce | 1:2012-cv-01390 |
| 35 | 8/23/2012 | MALIBU MEDIA, LLC v. DOES 1-5 | dcdce | 1:2012-cv-01392 |
| 36 | 8/23/2012 | MALIBU MEDIA, LLC v. DOES 1-5 | dcdce | 1:2012-cv-01393 |
| 37 | 8/22/2012 | MALIBU MEDIA, LLC v. DOES 1-7 | dcdce | 1:2012-cv-01380 |
| 38 | 8/22/2012 | MALIBU MEDIA, LLC v. DOES 1-5 | dcdce | 1:2012-cv-01382 |
| 39 | 8/22/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-9 | paedce | 5:2012-cv-04818 |
| 40 | 8/22/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-23 | paedce | 2:2012-cv-04821 |
| 41 | 8/22/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 | paedce | 5:2012-cv-04822 |
| 42 | 8/22/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-6 | paedce | 5:2012-cv-04820 |
| 43 | 8/21/2012 | Malibu Media, LLC v. John Does 1-37 | ilndce | 1:2012-cv-06674 |
| 44 | 8/21/2012 | Malibu Media, LLC v. John Does 1-68 | ilndce | 1:2012-cv-06675 |
| 45 | 8/21/2012 | Malibu Media, LLC v. John Does 1-49 | ilndce | 1:2012-cv-06676 |
| 46 | 8/21/2012 | Malibu Media, LLC v. John Does 1-42 | ilndce | 1:2012-cv-06677 |

| # | Date | Case | Court | Case No. |
|---|------|------|-------|----------|
| 47 | 8/20/2012 | Malibu Media, LLC v. John Does 1-17 | ilndce | 1:2012-cv-06672 |
| 48 | 8/20/2012 | Malibu Media, LLC v. John Does 1-23 | ilndce | 1:2012-cv-06673 |
| 49 | 8/19/2012 | Malibu Media LLC v. JOHN DOES 1-31 | miedce | 2:2012-cv-13668 |
| 50 | 8/19/2012 | Malibu Media LLC v. John Does 1-38 | miedce | 2:2012-cv-13669 |
| 51 | 8/18/2012 | Malibu Media LLC v. John Does 1-15 | miedce | 2:2012-cv-13667 |
| 52 | 8/15/2012 | MALIBU MEDIA, LLC v. HINDS, et al | insdce | 1:2012-cv-01135 |
| 53 | 8/15/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-81 | njdce | 2:2012-cv-05168 |
| 54 | 8/15/2012 | MALIBU MEDIA, LLC. v. JOHN DOES 1-32 | njdce | 2:2012-cv-05169 |
| 55 | 8/14/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-9 | insdce | 1:2012-cv-01115 |
| 56 | 8/14/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-9 | insdce | 1:2012-cv-01116 |
| 57 | 8/14/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 | insdce | 1:2012-cv-01117 |
| 58 | 8/14/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | njdce | 2:2012-cv-05167 |
| 59 | 8/14/2012 | MALIBU MEDIA, LLC. v. JOHN DOES 1-12 | njdce | 3:2012-cv-05102 |
| 60 | 8/13/2012 | Malibu Media, LLC v. Does 1-8 | flmdce | 8:2012-cv-01822 |
| 61 | 8/13/2012 | Malibu Media, LLC v. Does 1-20 | flmdce | 8:2012-cv-01823 |
| 62 | 8/13/2012 | Malibu Media, LLC v. John Does 1-18 | flmdce | 2:2012-cv-00444 |
| 63 | 8/13/2012 | Malibu Media, LLC v. Does 1-7 | flmdce | 8:2012-cv-01821 |
| 64 | 8/13/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | njdce | 2:2012-cv-05091 |
| 65 | 8/11/2012 | MALIBU MEDIA, LLC v. DOES 1-5 | dcdce | 1:2012-cv-01330 |
| 66 | 8/11/2012 | MALIBU MEDIA, LLC v. DOES 1-8 | dcdce | 1:2012-cv-01331 |
| 67 | 8/11/2012 | Malibu Media LLC v. John Does 1-11 | ilcdce | 2:2012-cv-02211 |
| 68 | 8/11/2012 | Malibu Media, LLC v. John Does 1-9 | ilcdce | 1:2012-cv-01280 |
| 69 | 8/11/2012 | Malibu Media, LLC v. John Does 1-7 | ilcdce | 3:2012-cv-03211 |
| 70 | 8/6/2012 | Malibu Media, LLC v. John Does 1-31 | codce | 1:2012-cv-02069 |
| 71 | 8/6/2012 | Malibu Media, LLC v. John Does 1 | codce | 1:2012-cv-02070 |
| 72 | 8/6/2012 | Malibu Media, LLC v. John Does 1 | codce | 1:2012-cv-02071 |
| 73 | 8/6/2012 | Malibu Media, LLC v. Does 1-27 | flmdce | 8:2012-cv-01764 |
| 74 | 8/6/2012 | Malibu Media, LLC v. Does 1-25 | flmdce | 8:2012-cv-01767 |
| 75 | 8/6/2012 | Malibu Media, LLC v. John Does 1-24 | flmdce | 2:2012-cv-00425 |
| 76 | 8/6/2012 | Malibu Media, LLC v. Johne Does 1-48 | flmdce | 2:2012-cv-00426 |
| 77 | 8/6/2012 | DOE v. MALIBU MEDIA LLC | njdce | 3:2012-mc-00134 |
| 78 | 8/6/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-25 | paedce | 5:2012-cv-04442 |
| 79 | 8/6/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-13 | paedce | 2:2012-cv-04443 |
| 80 | 8/6/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-13 | paedce | 2:2012-cv-04444 |
| 81 | 8/1/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 | paedce | 2:2012-cv-04352 |
| 82 | 7/31/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-02007 |
| 83 | 7/31/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-13 | paedce | 2:2012-cv-04322 |
| 84 | 7/31/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-13 | paedce | 2:2012-cv-04321 |
| 85 | 7/30/2012 | Malibu Media LLC v. Does 1-11 | inndce | 2:2012-cv-00294 |
| 86 | 7/30/2012 | Malibu Media LLC v. Does 1-14 | inndce | 1:2012-cv-00263 |
| 87 | 7/27/2012 | Malibu Media, LLC v. John Does 1 through 16 | casdce | 3:2012-cv-01847 |
| 88 | 7/27/2012 | Malibu Media v. John Does 1-42 | codce | 1:2012-cv-01953 |
| 89 | 7/27/2012 | Malibu Media, LLC v. Fitzpatrick | flsdce | 1:2012-cv-22767 |
| 90 | 7/27/2012 | Malibu Media, LLC v. Pelizzo | flsdce | 1:2012-cv-22768 |
| 91 | 7/26/2012 | Malibu Media, LLC v. Does 1-26 | flmdce | 8:2012-cv-01665 |
| 92 | 7/26/2012 | Malibu Media, LLC v. Does 1-19 | flmdce | 8:2012-cv-01666 |
| 93 | 7/26/2012 | Malibu Media, LLC v. John Does | flmdce | 8:2012-cv-01667 |

| # | Date | Case | Court | Number |
|---|---|---|---|---|
| 94 | 7/26/2012 | Malibu Media LLC v. John Doe | miedce | 2:2012-cv-13311 |
| 95 | 7/26/2012 | Malibu Media LLC v. John Does | miedce | 2:2012-cv-13312 |
| 96 | 7/26/2012 | MALIBU MEDIA, LLC V JOHN DOES 1-39 | njdce | 2:2012-cv-04702 |
| 97 | 7/26/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-14 | njdce | 1:2012-cv-04703 |
| 98 | 7/26/2012 | MALIBU MEDIA, LLC v. DETWEILER | paedce | 2:2012-cv-04253 |
| 99 | 7/24/2012 | MALIBU MEDIA, LLC v. JOHNSTON | paedce | 2:2012-cv-04200 |
| 100 | 7/23/2012 | MALIBU MEDIA, LLC v. ABRAHIMZADEZ | dcdce | 1:2012-cv-01200 |
| 101 | 7/23/2012 | Malibu Media, LLC v. Jackson | mddce | 8:2012-cv-02168 |
| 102 | 7/18/2012 | Malibu Media, LLC v. Maness | codce | 1:2012-cv-01873 |
| 103 | 7/18/2012 | Malibu Media, LLC v. Nelson | codce | 1:2012-cv-01874 |
| 104 | 7/18/2012 | Malibu Media, LLC v. Nelson | codce | 1:2012-cv-01875 |
| 105 | 7/18/2012 | Malibu Media, LLC v. Geary | codce | 1:2012-cv-01876 |
| 106 | 7/18/2012 | Malibu Media, LLC v. Xu | codce | 1:2012-cv-01866 |
| 107 | 7/18/2012 | Malibu Media, LLC v. Allison | codce | 1:2012-cv-01867 |
| 108 | 7/18/2012 | Malibu Media, LLC v. Ramsey | codce | 1:2012-cv-01868 |
| 109 | 7/18/2012 | Malibu Media, LLC v. Tipton | codce | 1:2012-cv-01869 |
| 110 | 7/18/2012 | Malibu Media, LLC v. Kahrs | codce | 1:2012-cv-01870 |
| 111 | 7/18/2012 | Malibu Media, LLC v. Domindo | codce | 1:2012-cv-01871 |
| 112 | 7/18/2012 | Malibu Media, LLC v. Peng | codce | 1:2012-cv-01872 |
| 113 | 7/13/2012 | Malibu Media LLC v. John Does | 07cae | 278651 |
| 114 | 7/12/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-26 | paedce | 2:2012-cv-03958 |
| 115 | 7/12/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-30 | paedce | 2:2012-cv-03953 |
| 116 | 7/12/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-35 | paedce | 5:2012-cv-03959 |
| 117 | 7/11/2012 | MALIBU MEDIA LLC v. DOES | flndce | 4:2012-cv-00336 |
| 118 | 7/11/2012 | MALIBU MEDIA LLC v. DOES | flndce | 4:2012-cv-00337 |
| 119 | 7/11/2012 | MALIBU MEDIA LLC v. DOE | flndce | 1:2012-cv-00156 |
| 120 | 7/9/2012 | MALIBU MEDIA, LLC v. DOES 1-11 | dcdce | 1:2012-cv-01118 |
| 121 | 7/9/2012 | MALIBU MEDIA, LLC v. DOES 1-7 | dcdce | 1:2012-cv-01119 |
| 122 | 7/9/2012 | MALIBU MEDIA, LLC v. DOES 1-6 | dcdce | 1:2012-cv-01121 |
| 123 | 7/5/2012 | Barker v. Patrick Collins Inc. et al | kywdce | 3:2012-cv-00372 |
| 124 | 7/2/2012 | Malibu Media, LLC | txndce | 6:2012-mc-00009 |
| 125 | 7/2/2012 | Malibu Media, LLC v. Doe Defendant | txndce | 6:2012-mc-00010 |
| 126 | 7/2/2012 | Malibu Media, LLC v. Doe Defendant | txndce | 6:2012-mc-00011 |
| 127 | 6/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-05592 |
| 128 | 6/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-05593 |
| 129 | 6/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-05594 |
| 130 | 6/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-05595 |
| 131 | 6/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-05596 |
| 132 | 6/27/2012 | Malibu Media, LLC v. Does 1-19 | codce | 1:2012-cv-01692 |
| 133 | 6/27/2012 | Malibu Media, LLC v. JOHN DOES 1-45 | flmdce | 8:2012-cv-01421 |
| 134 | 6/27/2012 | Malibu Media, LLC v. John Does 1-13 | flmdce | 8:2012-cv-01418 |
| 135 | 6/27/2012 | Malibu Media, LLC v. John Does 1-18 | flmdce | 8:2012-cv-01419 |
| 136 | 6/27/2012 | Malibu Media, LLC v. John Does 1-13 | flmdce | 8:2012-cv-01417 |
| 137 | 6/27/2012 | Malibu Media, LLC v. John Does 1-15 | flmdce | 8:2012-cv-01420 |
| 138 | 6/26/2012 | MALIBU MEDIA, LLC.  v. JOHN DOES 1-30 | njdce | 3:2012-cv-03896 |
| 139 | 6/26/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-46 | njdce | 2:2012-cv-03905 |
| 140 | 6/26/2012 | MALIBU MEDIA, LLC.  v. JOHN DOES 1-62 | njdce | 3:2012-cv-03900 |

| # | Date | Case | Court | Case No. |
|---|---|---|---|---|
| 141 | 6/26/2012 | MALIBU MEDIA, LLC. v. JOHN DOES 1-22 | njdce | 3:2012-cv-03898 |
| 142 | 6/26/2012 | MALIBU MEDIA, LLC. v. JOHN DOES 1-40 | njdce | 3:2012-cv-03899 |
| 143 | 6/18/2012 | MALIBU MEDIA, LLC v. DOES 1-8 | insdce | 1:2012-cv-00840 |
| 144 | 6/18/2012 | MALIBU MEDIA, LLC v. DOES 1-23 | insdce | 1:2012-cv-00841 |
| 145 | 6/18/2012 | MALIBU MEDIA, LLC v. MCSWEENEY et al | insdce | 1:2012-cv-00842 |
| 146 | 6/18/2012 | MALIBU MEDIA, LLC v. LEIGHTNER et al | insdce | 1:2012-cv-00845 |
| 147 | 6/18/2012 | MALIBU MEDIA, LLC. v. DOES 1-25 | njdce | 1:2012-mc-00161 |
| 148 | 6/14/2012 | MALIBU MEDIA, LLC v. DOES, 1-5 | dcdce | 1:2012-cv-00972 |
| 149 | 6/14/2012 | Malibu Media, LLC v. Does 1-14 | ilcdce | 2:2012-cv-02159 |
| 150 | 6/14/2012 | Malibu Media, LLC v. Does 1-13 | ilcdce | 3:2012-cv-03160 |
| 151 | 6/14/2012 | Malibu Media, LLC v. Does 1-34 | ilcdce | 1:2012-cv-01188 |
| 152 | 6/14/2012 | Malibu Media, LLC v. Does 1-7 | ilcdce | 1:2012-cv-01189 |
| 153 | 6/14/2012 | Malibu Media, LLC v. Does 1-7 | ilndce | 1:2012-cv-04669 |
| 154 | 6/14/2012 | Malibu Media, LLC v. Does 1-14 | ilndce | 1:2012-cv-04675 |
| 155 | 6/14/2012 | Malibu Media, LLC v. Does 1-50 | ilndce | 1:2012-cv-04676 |
| 156 | 6/14/2012 | Malibu Media, LLC v. Does 1-55 | ilndce | 1:2012-cv-04680 |
| 157 | 6/14/2012 | Malibu Media LLC v. Does 1-46 | miedce | 2:2012-cv-12584 |
| 158 | 6/14/2012 | Malibu Media, LLC. v. Does, | miedce | 2:2012-cv-12586 |
| 159 | 6/14/2012 | Malibu Media LLC v. John Does 1-9 | miedce | 2:2012-cv-12587 |
| 160 | 6/14/2012 | Malibu Media LLC v. Does 1-10 | miedce | 2:2012-cv-12591 |
| 161 | 6/14/2012 | Malibu Media LLC v. Does, et al | miedce | 2:2012-cv-12593 |
| 162 | 6/14/2012 | Malibu Media LLC v. Does 1-43 | miedce | 2:2012-cv-12597 |
| 163 | 6/14/2012 | Malibu Media LLC v. Does 1-28 | miedce | 4:2012-cv-12598 |
| 164 | 6/14/2012 | Malibu Media, LLC v. Welch | miwdce | 1:2012-cv-00620 |
| 165 | 6/14/2012 | Malibu Media, LLC v. Doe 1 | miwdce | 1:2012-cv-00621 |
| 166 | 6/14/2012 | Malibu Media, LLC v. Mulligan | miwdce | 1:2012-cv-00616 |
| 167 | 6/14/2012 | Malibu Media, LLC v. Roy | miwdce | 1:2012-cv-00617 |
| 168 | 6/14/2012 | Malibu Media, LLC v. Doe 1 | miwdce | 1:2012-cv-00619 |
| 169 | 6/12/2012 | Malibu Media, LLC v. Felitti et al | codce | 1:2012-cv-01522 |
| 170 | 6/6/2012 | Malibu Media, LLC et al v. John Does 1 through 36 | casdce | 3:2012-cv-01370 |
| 171 | 6/6/2012 | Malibu Media, LLC v. John Does 1-19 | casdce | 3:2012-cv-01372 |
| 172 | 6/5/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-01514 |
| 173 | 6/5/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-01513 |
| 174 | 6/5/2012 | Malibu Media, LLC v. John Does 1 through 5 | casdce | 3:2012-cv-01354 |
| 175 | 6/5/2012 | Malibu Media, LLC v. John Does 1 through 6 | casdce | 3:2012-cv-01355 |
| 176 | 6/5/2012 | Malibu Media, LLC v. John Does 1 through 11 | casdce | 3:2012-cv-01357 |
| 177 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-41 | paedce | 2:2012-cv-03151 |
| 178 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOE #5 ET. AL. | paedce | 2:2012-cv-03144 |
| 179 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-17 | paedce | 2:2012-cv-03143 |
| 180 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-38 | paedce | 2:2012-cv-03145 |
| 181 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-6 | paedce | 2:2012-cv-03142 |
| 182 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 | paedce | 2:2012-cv-03141 |
| 183 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-12 | paedce | 2:2012-cv-03147 |
| 184 | 6/4/2012 | MALIBU MEDIA, LLC v. BERGMAN | paedce | 5:2012-cv-03139 |
| 185 | 6/4/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-12 | paedce | 2:2012-cv-03149 |
| 186 | 5/30/2012 | Malibu Media, LLC v. John Does 1-33 | codce | 1:2012-cv-01394 |
| 187 | 5/30/2012 | Malibu Media, LLC v. John Does 1-5 | codce | 1:2012-cv-01395 |

| # | Date | Case | Court | Number |
|---|------|------|-------|--------|
| 188 | 5/30/2012 | Malibu Media, LLC v. John Does 1-5 | codce | 1:2012-cv-01404 |
| 189 | 5/30/2012 | Malibu Media, LLC v. John Does 1 | codce | 1:2012-cv-01405 |
| 190 | 5/30/2012 | Malibu Media, LLC v. Kathy Snider | codce | 1:2012-cv-01406 |
| 191 | 5/30/2012 | Malibu Media, LLC v. John Does 1 | codce | 1:2012-cv-01407 |
| 192 | 5/30/2012 | Malibu Media, LLC v. Jason Barfknecht | codce | 1:2012-cv-01408 |
| 193 | 5/30/2012 | MALIBU MEDIA, LLC. v. JOHN DOES 1-18 | njdce | 1:2012-cv-03269 |
| 194 | 5/30/2012 | Malibu Media, LLC v. does 33 | txndce | 6:2012-mc-00007 |
| 195 | 5/30/2012 | Malibu Media, LLC v. doe 13 | txndce | 6:2012-mc-00008 |
| 196 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04654 |
| 197 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04656 |
| 198 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04650 |
| 199 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04653 |
| 200 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04651 |
| 201 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04658 |
| 202 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04657 |
| 203 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04652 |
| 204 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04649 |
| 205 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04662 |
| 206 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04660 |
| 207 | 5/29/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-04661 |
| 208 | 5/29/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-02480 |
| 209 | 5/29/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-02481 |
| 210 | 5/29/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-01459 |
| 211 | 5/29/2012 | Malibu Media, LLC v. Unknown | caedce | 1:2012-cv-00886 |
| 212 | 5/29/2012 | Malibu Media, LLC v. Unknown | caedce | 1:2012-cv-00888 |
| 213 | 5/29/2012 | Malibu Media, LLC v. John Doe 9 | codce | 1:2012-cv-01386 |
| 214 | 5/24/2012 | Malibu Media, LLC v. John Does 1-14 | nysdce | 1:2012-cv-04136 |
| 215 | 5/22/2012 | MALIBU MEDIA, LLC. et al v. JOHN DOES 1-9 | njdce | 1:2012-cv-03030 |
| 216 | 5/18/2012 | Malibu Media, LLC v. John Does 1-11 et al. | nysdce | 1:2012-cv-03995 |
| 217 | 5/15/2012 | Malibu Media, LLC v. John Does 1-25 | flmdce | 2:2012-cv-00266 |
| 218 | 5/15/2012 | Malibu Media, LLC v. John Does 1-22 | flmdce | 3:2012-cv-00575 |
| 219 | 5/15/2012 | Malibu Media, LLC v. John Does | flmdce | 8:2012-cv-01077 |
| 220 | 5/15/2012 | Malibu Media, LLC v. John Does | flmdce | 8:2012-cv-01074 |
| 221 | 5/15/2012 | Malibu Media, LLC v. John Does | flmdce | 8:2012-cv-01076 |
| 222 | 5/15/2012 | Malibu Media, LLC v. John Does | flmdce | 8:2012-cv-01075 |
| 223 | 5/15/2012 | Malibu Media, LLC v. John Doe 1-67 | flmdce | 2:2012-cv-00267 |
| 224 | 5/14/2012 | Malibu Media, Inc. v. John Does 1-7 | nysdce | 7:2012-cv-03823 |
| 225 | 5/14/2012 | Malibu Media, LLC v. John Does 1-17 | nysdce | 7:2012-cv-03820 |
| 226 | 5/14/2012 | Malibu Media, LLC v. John Does 1-15 | nysdce | 7:2012-cv-03825 |
| 227 | 5/14/2012 | Malibu Media, LLC v. John Does 1-8 | nysdce | 7:2012-cv-03812 |
| 228 | 5/14/2012 | Malibu Media, LLC v. John Does 1-11 | nysdce | 7:2012-cv-03810 |
| 229 | 5/14/2012 | Malibu Media, LLC v. John Does 1-16 | nysdce | 7:2012-cv-03818 |
| 230 | 5/14/2012 | Malibu Media, LLC v. John Does 1-21 | nysdce | 7:2012-cv-03821 |
| 231 | 5/13/2012 | MALIBU MEDIA, LLC v. DOES 1-5 | dcdce | 1:2012-cv-00761 |
| 232 | 5/13/2012 | MALIBU MEDIA, LLC v. DOES 1-10 | dcdce | 1:2012-cv-00762 |
| 233 | 5/13/2012 | MALIBU MEDIA, LLC v. DOES 1-22 | dcdce | 1:2012-cv-00763 |
| 234 | 5/13/2012 | MALIBU MEDIA, LLC v. DOES 1-14 | dcdce | 1:2012-cv-00764 |

| # | Date | Case | Court | Case No. |
|---|---|---|---|---|
| 235 | 5/13/2012 | MALIBU MEDIA, LLC v. Does 1-11 | dcdce | 1:2012-cv-00765 |
| 236 | 5/13/2012 | MALIBU MEDIA, LLC v. Does 1-15 | dcdce | 1:2012-cv-00766 |
| 237 | 5/11/2012 | Malibu Media, LLC v. John Does 1-7 | flsdce | 2:2012-cv-14171 |
| 238 | 5/11/2012 | Malibu Media, LLC v. John Does 1-13 | flsdce | 9:2012-cv-80512 |
| 239 | 5/10/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-01255 |
| 240 | 5/10/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-01260 |
| 241 | 5/10/2012 | Malibu Media, LLC v. Doe | caedce | 2:2012-cv-01261 |
| 242 | 5/10/2012 | Malibu Media, LLC v. Unknown | caedce | 2:2012-cv-01262 |
| 243 | 5/9/2012 | Malibu Media, LLC v. John Does 1 through 35 | casdce | 3:2012-cv-01135 |
| 244 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 19 | casdce | 3:2012-cv-01049 |
| 245 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 7 | casdce | 3:2012-cv-01052 |
| 246 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 8 | casdce | 3:2012-cv-01054 |
| 247 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 10 | casdce | 3:2012-cv-01051 |
| 248 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 11 | casdce | 3:2012-cv-01056 |
| 249 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 12 | casdce | 3:2012-cv-01059 |
| 250 | 4/30/2012 | Malibu Media, LLC v. John Does 1 through 11 | casdce | 3:2012-cv-01061 |
| 251 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03614 |
| 252 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03615 |
| 253 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03617 |
| 254 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03619 |
| 255 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03620 |
| 256 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03621 |
| 257 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03622 |
| 258 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-03623 |
| 259 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 8:2012-cv-00647 |
| 260 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 8:2012-cv-00649 |
| 261 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 8:2012-cv-00650 |
| 262 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 8:2012-cv-00651 |
| 263 | 4/26/2012 | Malibu Media LLC v. John Does | cacdce | 8:2012-cv-00652 |
| 264 | 4/19/2012 | Malibu Media, LLC v. John Does 1-12 | mddce | 8:2012-cv-01194 |
| 265 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01195 |
| 266 | 4/19/2012 | Malibu Media, LLC v. John Does 1-32 | mddce | 8:2012-cv-01196 |
| 267 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01197 |
| 268 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01198 |
| 269 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01199 |
| 270 | 4/19/2012 | Malibu Media, LLC v. John Does 1-18 | mddce | 8:2012-cv-01200 |
| 271 | 4/19/2012 | Malibu Media, LLC v. John Does 1-14 | mddce | 8:2012-cv-01201 |
| 272 | 4/19/2012 | Malibu Media, LLC v. John Does 1-10 | mddce | 8:2012-cv-01202 |
| 273 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01203 |
| 274 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01195 |
| 275 | 4/19/2012 | Malibu Media, LLC v. Doe 1 | mddce | 8:2012-cv-01198 |
| 276 | 4/19/2012 | Malibu Media, LLC v. John Does 1-28 | mddce | 8:2012-cv-01192 |
| 277 | 4/19/2012 | Malibu Media, LLC v. John Does 1-34 | mddce | 8:2012-cv-01193 |
| 278 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | paedce | 2:2012-cv-02090 |
| 279 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | paedce | 2:2012-cv-02077 |
| 280 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | paedce | 2:2012-cv-02083 |
| 281 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOE 1-7 | paedce | 2:2012-cv-02093 |

| # | Date | Case | Court | Case No. |
|---|------|------|-------|----------|
| 282 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 | paedce | 2:2012-cv-02078 |
| 283 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-14 | paedce | 2:2012-cv-02084 |
| 284 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-25 | paedce | 2:2012-cv-02094 |
| 285 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | paedce | 5:2012-cv-02088 |
| 286 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 | paedce | 2:2012-cv-02096 |
| 287 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-18 | paedce | 2:2012-cv-02095 |
| 288 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 | paedce | 5:2012-cv-02091 |
| 289 | 4/19/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-16 | paedce | 2:2012-cv-02092 |
| 290 | 4/18/2012 | Malibu Media, LLC v. John Does 1-37 | mddce | 8:2012-cv-01191 |
| 291 | 4/13/2012 | Malibu Media, Inc. v. John Does 1-4 | nysdce | 1:2012-cv-02960 |
| 292 | 4/13/2012 | Malibu Media, LLC v. John Does 1-5 | nysdce | 1:2012-cv-02951 |
| 293 | 4/13/2012 | Malibu Media, LLC v. John Does 1-7 | nysdce | 1:2012-cv-02952 |
| 294 | 4/13/2012 | Malibu Media, LLC v. John Does 1-4 | nysdce | 1:2012-cv-02953 |
| 295 | 4/13/2012 | Malibu Media, LLC v. John Does 1-5 | nysdce | 1:2012-cv-02954 |
| 296 | 4/13/2012 | Malibu Media, LLC v. John Does 1-4 | nysdce | 1:2012-cv-02955 |
| 297 | 4/13/2012 | Malibu Media, LLC v. John Does 1-4 | nysdce | 1:2012-cv-02961 |
| 298 | 4/13/2012 | Malibu Media, LLC v. John Does 1-5 | nysdce | 1:2012-cv-02950 |
| 299 | 4/13/2012 | Malibu Media, LLC v. John Does 1-10 | nysdce | 7:2012-cv-02949 |
| 300 | 4/4/2012 | Malibu Media, LLC v. John Doe | codce | 1:2012-cv-00885 |
| 301 | 4/4/2012 | Malibu Media, LLC v. Fantalis et al | codce | 1:2012-cv-00886 |
| 302 | 4/4/2012 | Malibu Media, LLC v. Fantalis et al | codce | 1:2012-cv-00886 |
| 303 | 4/3/2012 | Malibu Media v. John Does 2-6 | codce | 1:2012-cv-00845 |
| 304 | 4/3/2012 | Malibu Media, LLC v. John Does 1-23 | codce | 1:2012-cv-00836 |
| 305 | 4/3/2012 | Malibu Media, LLC v. John Does 1-10 | codce | 1:2012-cv-00837 |
| 306 | 4/3/2012 | Malibu Media, LLC v. John Does 1-17 | codce | 1:2012-cv-00839 |
| 307 | 4/3/2012 | Malibu Media, LLC v. Pickett | codce | 1:2012-cv-00840 |
| 308 | 4/3/2012 | Malibu Media, LLC v. John Does 1-11 | codce | 1:2012-cv-00843 |
| 309 | 4/3/2012 | Malibu Media, LLC v. John Does 1-9 | codce | 1:2012-cv-00846 |
| 310 | 4/2/2012 | Malibu Media, LLC v. John Does 1-28 | codce | 1:2012-cv-00834 |
| 311 | 4/2/2012 | Malibu Media, LLC v. John Does 1-21 | codce | 1:2012-cv-00835 |
| 312 | 3/28/2012 | Malibu Media, LLC v. John Does 1-9 et al | flmdce | 8:2012-cv-00669 |
| 313 | 3/28/2012 | Malibu Media, LLC v. John Does 1-6 | flmdce | 3:2012-cv-00338 |
| 314 | 3/28/2012 | Malibu Media, LLC v. John Does 1-13 | flmdce | 2:2012-cv-00177 |
| 315 | 3/28/2012 | Malibu Media, LLC v. John Does 1-35 | flmdce | 2:2012-cv-00178 |
| 316 | 3/28/2012 | Malibu Media, LLC v. John Does 1-20 | flmdce | 3:2012-cv-00340 |
| 317 | 3/28/2012 | Malibu Media, LLC v. Jor Does 1- 18 | flmdce | 3:2012-cv-00336 |
| 318 | 3/28/2012 | Malibu Media, LLC v. John Does 1-19 | flmdce | 3:2012-cv-00335 |
| 319 | 3/28/2012 | Malibu Media, LLC v. Does | flmdce | 5:2012-cv-00159 |
| 320 | 3/8/2012 | Malibu Media, LLC v. Does 1-30 | nyedce | 2:2012-cv-01149 |
| 321 | 3/8/2012 | Malibu Media, LLC v. Does 1-11 | nyedce | 2:2012-cv-01150 |
| 322 | 3/8/2012 | Malibu Media, LLC v. Does 1-13 | nyedce | 2:2012-cv-01156 |
| 323 | 3/8/2012 | Malibu Media, LLC v. Does 1-10 | nyedce | 2:2012-cv-01146 |
| 324 | 3/8/2012 | Malibu Media, LLC v. Does 1-26 | nyedce | 2:2012-cv-01147 |
| 325 | 3/8/2012 | Malibu Media, LLC v. Does 1-20 | nyedce | 2:2012-cv-01148 |
| 326 | 2/28/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-01675 |
| 327 | 2/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-01647 |
| 328 | 2/27/2012 | Malibu Media LLC v. John Does | cacdce | 2:2012-cv-01642 |

| | | | | |
|---|---|---|---|---|
| 329 | 2/17/2012 | Malibu Media, LLC v. Does | vaedce | 1:2012-cv-00162 |
| 330 | 2/17/2012 | Malibu Media, LLC v. Does | vaedce | 1:2012-cv-00164 |
| 331 | 2/17/2012 | Malibu Media, LLC v. John Does 1-27 | vaedce | 1:2012-cv-00165 |
| 332 | 2/17/2012 | Malibu Media, LLC v. John Does 1-26 | vaedce | 1:2012-cv-00160 |
| 333 | 2/17/2012 | Malibu Media, LLC v. John Does 1-8 | vaedce | 1:2012-cv-00166 |
| 334 | 2/17/2012 | Malibu Media, LLC v. John Does 1-26 | vaedce | 1:2012-cv-00161 |
| 335 | 2/17/2012 | Malibu Media, LLC v. Does | vaedce | 1:2012-cv-00159 |
| 336 | 2/17/2012 | Malibu Media, LLC v. John Does 1-15 | vaedce | 1:2012-cv-00163 |
| 337 | 2/15/2012 | Malibu Media, LLC v. John Does 1-27 | codce | 1:2012-cv-00409 |
| 338 | 2/15/2012 | Malibu Media, LLC v. John Does 1-27 | codce | 1:2012-cv-00409 |
| 339 | 2/15/2012 | Malibu Media, LLC v. John Does 1-29 | codce | 1:2012-cv-00397 |
| 340 | 2/15/2012 | Malibu Media, LLC v. John Does 1-16 | codce | 1:2012-cv-00399 |
| 341 | 2/15/2012 | Malibu Media, LLC v. John Does 1-30 | codce | 1:2012-cv-00402 |
| 342 | 2/15/2012 | Malibu Media, LLC v. John Does 1-10 | codce | 1:2012-cv-00405 |
| 343 | 2/15/2012 | Malibu Media, LLC v. John Does 1-27 | codce | 1:2012-cv-00406 |
| 344 | 2/15/2012 | Malibu Media, LLC v. John Does 1-18 | codce | 1:2012-cv-00407 |
| 345 | 2/15/2012 | Malibu Media, LLC v. John Does 13 | codce | 1:2012-cv-00408 |
| 346 | 2/10/2012 | Malibu Media, LLC. v. John Does 1-15 | casdce | 3:2012-cv-00369 |
| 347 | 2/10/2012 | Malibu Media, LLC. v. John Does 1-15 | casdce | 3:2012-cv-00369 |
| 348 | 2/10/2012 | MALIBU MEDIA, LLC v. DOES | dcdce | 1:2012-cv-00237 |
| 349 | 2/10/2012 | MALIBU MEDIA, LLC v. DOES | dcdce | 1:2012-cv-00235 |
| 350 | 2/10/2012 | MALIBU MEDIA, LLC v. DOES | dcdce | 1:2012-cv-00233 |
| 351 | 2/9/2012 | Malibu Media, LLC v. John Does 1-25 | casdce | 3:2012-cv-00362 |
| 352 | 2/9/2012 | Malibu Media, LLC. v. John Does 1-13 | casdce | 3:2012-cv-00358 |
| 353 | 2/8/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-15 | paedce | 2:2012-cv-00664 |
| 354 | 2/8/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-17 | paedce | 2:2012-cv-00665 |
| 355 | 2/8/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-10 | paedce | 2:2012-cv-00666 |
| 356 | 2/8/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-11 | paedce | 2:2012-cv-00667 |
| 357 | 2/8/2012 | MALIBU MEDIA, LLC v. JOHN DOES 1-22 | paedce | 2:2012-cv-00668 |