IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC          :

                    :

    v.               :   Civil Action No. DKC 12-1198

                    :

DOE 1                    

                    :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of December, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion to dismiss counterclaim filed by Plaintiff Malibu Media, LLC (ECF No. 29), BE, and the same hereby IS, GRANTED;

2.   The counterclaim filed by Defendant Doe 1 (ECF Nos. 19 (sealed) and 25 (redacted)) BE, and the same hereby IS, DISMISSED; and

3.   The clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the parties.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge