**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC

    Plaintiff,

v.                                          Civil Action No. 8:12-cv-01198-AW

JOHN DOE 1,

    Defendants.

_____/

## STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST JOHN DOE 1 WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC and Defendant, John Doe 1 ("Defendant"), pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the entry of an order dismissing Plaintiff's Complaint against Defendant, John Doe 1 with prejudice.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Jon A. Hoppe* | By: /s/ Eric J. Menhart* |
| Jon A. Hoppe, Esquire | Eric J. Menhart, Esquire |
| jhoppe@mhhhlawfirm.com | Eric.Menhart@Lexero.com |
| MADDOX, HOPPE, HOOFNAGLE | LEXERO LAW |
| & HAFEY, L.L.C. | 10 G St. NE Suite 710 |
| 1401 Mercantile Lane #105 | Washington, DC 20002 |
| Largo, Maryland 20774 | Phone:  855-453-9376 |
| Phone:  301-341-2580 | Attorney for Defendant John Doe 1 |
| *Attorney for Plaintiff* | |
| Dated:  January 28, 2013 | * Defense counsel's electronic signature filed by consent. |

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC

    Plaintiff,

v.                                                            Civil Action No. 8:12-cv-01198-AW

JOHN DOE 1,

    Defendants.
_____/

**ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST DEFENDANT JOHN DOE 1 WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss Plaintiff's Complaint against Defendant John Doe 1 With Prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Complaint against Defendant is hereby dismissed with prejudice and the case closed for administrative purposes.

.

SO ORDERED this ___ day of _____, 2013.


                                             By:_____
                                            **UNITED STATES MAGISTRATE JUDGE**